IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BRATTON,<br><br>    Petitioner,<br><br>vs.<br><br>B. CURRY, Warden,<br><br>    Respondent. | No. C 09-0550 JSW (PR)<br><br>**JUDGMENT** |

Pursuant to the order denying the petition for a writ of habeas corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: FEB 17 2011

JEFFREY S. WHITE
United States District Judge